1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  KIRELL F. TAYLOR,                         CASE NO. CV-F-07-1857 LJO DLB PC

10                     Plaintiff,            ORDER DISREGARDING PLAINTIFF'S
                                             MOTION FOR SUMMARY JUDGMENT
11       v.
                                             (Docs. 6, 7)
12  KERN VALLEY STATE PRISON, et al,

13                     Defendants.
                                        /
14

15       Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C.

16  § 1983.  This action was filed on December 20, 2007.  On February 26, 2008, plaintiff filed a motion

17  for summary judgment. (Doc. 6).  Plaintiff's motion is premature.

18       By order issued separately, plaintiff is advised that the court is required to screen complaints

19  brought by prisoners seeking relief against a governmental entity or officer or employee of a

20  governmental entity.  28 U.S.C. § 1915A(a).  Until the court has screened the complaint and

21  defendants are properly served, any motion for summary judgment is premature.  Plaintiff is

22  incorrect in his assertion that his motion is timely despite the court not having yet screened the

23  complaint and defendants not having yet been served. (Doc. 7).

24       Due to the large number of prisoner civil rights cases pending before the court, the court has

25  not yet screened plaintiff's complaint, but will do so in due course.  Plaintiff's motion for summary

26  judgment is premature and is therefore disregarded.

27  ///

28  ///

1

1    Accordingly, it is HEREBY ORDERED that plaintiff's February 26, 2008 motion for

2 summary judgment is DISREGARDED as premature.

3    IT IS SO ORDERED.

4    **Dated:**   **May 2, 2008**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28