1
2
3                    UNITED STATES DISTRICT COURT
4                      EASTERN DISTRICT OF CALIFORNIA
5
6    KIRELL TAYLOR,                    )        1: 07-cv-01857 LJO DLB PC
                                       )
7                    Plaintiff,        )        ORDER DISMISSING ACTION
                                       )        PURSUANT TO PLAINTIFF'S
8        v.                            )        NOTICE OF VOLUNTARY
                                       )        DISMISSAL
9    KERN VALLEY STATE PRISON, et al., )
                                       )        (Doc. 14)
10                   Defendants.       )
11    _____)
12
13        Plaintiff is a prisoner proceeding pro se.  On September 10, 2008, plaintiff filed a document
14   in which he states that he wishes to dismiss this action.  Pursuant to Federal Rule of Civil Procedure
15   41(a), an action may be dismissed by plaintiff by filing a notice of dismissal before service by the
16   adverse party of an answer or of a motion for summary judgment.  None of the defendants named in
17   this action have been served with the complaint, and thus they have not filed an answer or other
     responsive pleading.
18
19        Accordingly, this action is DISMISSED pursuant to plaintiff's notice of voluntary dismissal
20   and the Clerk of Court is directed to close the file in this action.
21   IT IS SO ORDERED.
22   **Dated:    September 12, 2008**           _____/s/ Lawrence J. O'Neill_____
                                                    UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28